**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **REGENERATIVE SCIENCES, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 10-01055 (RMC)** |

**ORDER**

In accordance with the Memorandum Opinion and Order entered on July 23, 2012, in Civil Action No. 10-1327, the issues in this case have been resolved. Accordingly, it is hereby

**ORDERED** that judgment is entered in favor of Defendants; and it is

**FURTHER ORDERED** that Defendants' Motion to Transfer Case or in the Alternative to Dismiss [Dkt. 11] is **DENIED** as moot.

This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: August 13, 2012

/s/
ROSEMARY M. COLLYER
United States District Judge